JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Intellibrands, LLC & The Brand Group, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Jobar International, Inc.,<br><br>Defendant. | Case No. 2:19-cv-04505-AB (JEM)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 13, 2020    _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.